IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTHONY T. VEAL, | : |
|       Plaintiff, | : |
| v. | :   No. 5:22-cv-00335-MTT-CHW |
| WARDEN TAMARSHE SMITH., | : |
|       Defendant. | : |

## ORDER

Plaintiff Anthony T. Veal, a prisoner in Macon State Prison in Oglethorpe, Georgia, has filed a handwritten document, which he titled as a "motion to intervene." Compl., ECF No. 1. This motion appears to be seeking injunctive relief ordering Warden Tamarshe Smith to take certain action. *See id.* A motion is not a proper filing to commence a civil action. Instead, a civil action is commenced by filing a complaint. *See* Fed. R. Civ. P. 3. Therefore, if he wants to proceed with this case, Plaintiff is now **ORDERED** to submit a complaint on a 42 U.S.C. § 1983 form.

Additionally, Plaintiff has not paid the $402.00 filing fee for a civil action or submitted a motion for leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). A prisoner seeking to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence, and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Accordingly, Plaintiff is also **ORDERED** either to pay the $402.00 filing fee or to file a

proper and complete motion for leave to proceed *in forma pauperis* with the required supporting documentation.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to file his complaint and either pay the filing fee or move for leave to proceed *in forma pauperis*.[1] The **CLERK** is **DIRECTED** to forward Plaintiff a § 1983 complaint form and a motion to proceed *in forma pauperis* with the proper account certification form, along with his service copy of this order (with the civil action number showing on all). There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 7th day of December, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] Plaintiff's pending motions will be addressed once his complaint has been filed and the filing fee has been paid or any motion to proceed *in forma pauperis* has been resolved.